UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JOSE ORTIZ,                                      Case No. 1:21-cv-00495

     Plaintiff,                              Hon. Robert J. Jonker

v                                                Magistrate Judge Sally J. Berens

ROBERT NELMS,

     Defendant.

---

### ORDER TO DISMISS

Having considered the parties' Stipulation to Dismiss, it is hereby ordered that all claims raised in this matter are dismissed with prejudice and without costs.

IT IS SO ORDERED.

Date:  October  12 , 2023

    /s/ Robert J. Jonker
    Hon. Robert J. Jonker
    District Court Judge